# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | | |
|---|---|---|
| JAKE HECKERT <br> *Plaintiff* <br> v. <br> COREY POTTER in personam <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 3:23-cv-00270-KFR |

## DEFAULT JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the Motion for Default Judgment at Docket 42 is **GRANTED** and ORDERS that judgment be entered as follows: Plaintiff shall recover from Defendant Potter the following amounts.

- $209,452.44 in unpaid medical bills ; and
- Prejudgment interest at the interest rate set by 28 U.S.C. § 1961 on the total $209,452.44 damages award, beginning April 14, 2022, through the date of judgment.



APPROVED
s/
Kyle F. Reardon
United States District Judge

Date: September 16, 2025

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*